Edward P. Anderson and Michael J. Long, Appellees,
v. Pearl Weiss et al., Appellees.
Appeal of Frank Herrbach, Appellant.

Gen. No. 40,774.

opinion filed December 13, 1939; rehearing denied December 27, 1939. Joseph & Teitelbaum, for appellant; no appearance for appellees. Opinion by JUSTICE HEBEL. ''Not to be published in full.''

Frank Geller and Isidore Krachock, Appellees, v. Olive Ruth Petersen et al., Defendants.
Appeal of Samuel J. Gould, Appellant.

Gen. No. 40,784.

opinion filed December 13, 1939. Ode L. Rankin, for appellant; Shulman, Shulman & Abrams and William Jay Robinson, for appellees; Meyer Abrams, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''